UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In the Matter of the Search of a Black Hyundai Sonata in the Custody of Connecticut State Police Troop H | Case No. 3:21MJ_____(RAR)<br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION

I, Matthew G. Hancock, being duly sworn, hereby depose and state:

**Introduction and Affiant Background**

1.      I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been employed as a State Trooper with the Connecticut State Police in the Central District Major Crime Division since June 2015. Before that, starting in March 2014, I was a member of the New Haven Police Department. Since July 2018, I have been a Task Force Officer with the Federal Bureau of Investigation (FBI). I am currently assigned to the Safe Streets Gang Task Force Squad in the FBI's New Haven Field Office. As a Task Force Officer, I have been the principal investigator in investigations involving narcotics and firearms trafficking, violent gang and criminal enterprises, drug trafficking organizations, and interstate theft rings. I am familiar with, and have used, a wide variety of investigative techniques, including the execution of numerous search warrants for searches of motor vehicles.

2.      I have participated in the investigation described in this affidavit, and, as a result of this participation and information received from other law enforcement officers, I am thoroughly familiar with the circumstances of the investigation and the information set forth in

this affidavit. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. I make this affidavit in support of an application for a warrant to search a black Hyundai Sonata towed from Key Foods, 60 East Main Street, New Britain, that is currently in the custody of the Connecticut State Police Troop H, as further described in Attachment A (the **Target Vehicle**). The Target Vehicle is registered to an individual whose name I know, identified by the vehicle's Vehicle identification Number (VIN). This individual's role if any in the offenses under investigation is presently unknown.

4. As further discussed below, the FBI is investigating a series of armed robberies and carjackings believed to be committed by Christian VELEZ beginning in early September 2021. The investigation concerns possible violations of 18 U.S.C. § 1951 (Hobbs Act robbery), 18 U.S.C. § 2119 (Carjacking), and 18 U.S.C. § 924(c)(1)(A)(ii) (brandishing a firearm during and in relation to crimes of violence) (the **Target Offenses**).

5. For the reasons set forth herein, I have probable cause to believe that the Target Vehicle, described in Attachment A, will contain evidence of the Target Offenses, as described in Attachment B.

## Probable Cause

6. The FBI is investigating a series of armed robberies and carjackings believed to be committed by VELEZ beginning in early September 2021. The investigation concerns possible violations of 18 U.S.C. § 1951 (Hobbs Act robbery), 18 U.S.C. § 2119 (Carjacking), and 18 U.S.C. § 924(c)(1)(A)(ii) (brandishing a firearm during and in relation to crimes of violence).

7.      On October 8, 2021, U.S. Magistrate Judge Robert A. Richardson signed a criminal complaint and issued an arrest warrant charging VELEZ with violations of 18 U.S.C. § 1951 (Hobbs Act robbery) and 18 U.S.C. § 924(c)(1)(A)(ii) (brandishing a firearm during and in relation to a crime of violence). Case No. 3:21MJ1021 (RAR). Since that date, VELEZ is believed to have committed additional armed robberies and carjackings in Connecticut. He is the prime suspect in 25 robberies/ carjackings from September 2021 until his recent arrest by Connecticut State Police and the New Britain Police Department on December 17, 2021.

8.      On December 8, 2021, a black Ford F-150 bearing Connecticut registration 898CYJ was carjacked at gun point in East Hartford, CT. The vehicle the suspects arrived in was a stolen Honda Civic bearing Connecticut registration 00RARZ. Both vehicles departed together from East Hartford. Later that night, the stolen Ford F-150 transported suspects who committed four armed robberies in Norwich, Glastonbury, Manchester, and East Windsor.

9.      A database search of the license plate CT 00RARZ revealed a License Plate Reader (LPR) alert from December 4, 2021 with the plate affixed to a black, older model Hyundai Sonata with dark window tints. The Hyundai Sonata was parked in the driveway of 83 Roxbury Street, Hartford, CT.

10.     On December 15, 2021, someone using the stolen Ford F-150 committed four more armed robberies, two in New Britain, and one each in Berlin and Cromwell.

11.     Hours later, the stolen Ford F-150 was located by law enforcement in front of 120 Grandview Terrace, Hartford, CT, approximately 600 feet from 83 Roxbury Street. A canvass was conducted for surveillance cameras. Surveillance footage from a resident was provided to law enforcement. After the robberies, the Ford F-150 parks and stops. Shortly after, a dark tinted,

black, older model Hyundai Sonata stops directly next to the Ford F-150. A person wearing a face mask, hood, and hat exited the Ford F-150 and enters the black Hyundai Sonata.

12. On December 16, 2021, law enforcement observed a black Hyundai Sonata with dark window tints parks in the driveway of 83 Roxbury Street, bearing Texas registration DL1R901. This registration was expired as of January 2021, however a prior registration was to a known associate of Velez's.

13. On December 16, 2021, the Hyundai Sonata was parked at Cube Smart storage, 175 Costello Road, Newington, CT. I observed only two males near the Hyundai Sonata, who appeared to be fixing an engine of an old Honda vehicle.

14. The manager of the Cube Smart was contacted and approached by Task Force Officer Dimitri Karadimos. The manager was shown multiple photographs of persons, and she identified a picture of Christian Velez as an individual she had encountered at the Cube Smart.

15. Law enforcement staged an arrest operation to take Velez into custody. As law enforcement approached the area, Velez entered the Hyundai Sonata and fled the area at a high rate of speed, almost striking several law enforcement officers and their vehicles.

16. The second individual was detained and identified. This individual resided at 83 Roxbury Street and stated that Christian Velez was the person inside the Hyundai Sonata. This individual stated that Velez had stayed at his house last night and provided a current phone number for Velez.

17. On December 17, 2021, Judge Richardson issued search warrants authorizing the collection of location information for the phone number provided by the Velez associate, and the use of a cell-site simulator to track the location of that phone. Case No. 21MJ1225.

18.     Later that evening, on December 17, 2021, detectives from the Connecticut State Police, Bureau of Special Investigations, observed the Hyundai Sonata described above with a new license plate affixed to the rear of the vehicle, Puerto Rico "AGUADA," traveling in New Britain:



19.     At approximately 5:30 P.M., the Hyundai Sonata with the same Puerto Rico license plate was observed unoccupied in the parking lot of Key Foods, 60 East Main Street, New Britain. Law enforcement surveillance units surrounded the area around the vehicle.

20.     The New Britain Police Department accessed the surveillance cameras affixed above the parking lot. New Britain officers reviewed the surveillance cameras and noted at 5:11 P.M. the Hyundai Sonata parks in the same spot it was initially observed. At approximately 5:12 P.M., a single male exited the operator's side door, wearing a black hoodie, gray sweatpants, and white sneakers with orange markings. The surveillance cameras were able to capture the male walking to an adjacent residence, 104 Winter Street, where he entered the front door.

21.     At approximately 7:50 P.M., a maroon Honda CR-V drove from the rear of 104 Winter Street. Moments later, the same maroon Honda CR-V stopped directly in front of the

parked Hyundai Sonata and a single male exited the rear passenger side of the vehicle. This male entered the Hyundai Sonata and proceeded to put the car in drive. Surveillance units were able to tactically position their vehicles in front of the Hyundai Sonata (a "box in"). The Hyundai Sonata attempted to drive forward and push its way through both surveillance vehicles, striking them both. When the Hyundai Sonata failed to push through, the operator ran out of the front passenger side door, left the door open, and began to run on foot. The suspect was wearing a black hoodie sweatshirt, gray sweatpants, and white sneakers with orange markings. Police units remained with the Hyundai Sonata during the foot pursuit.

22. A foot pursuit engaged, and a perimeter was established by the on-scene police units. Police lost sight of the male, and a K-9 track began and started to track the suspect's direction.

23. Moments later, the suspect matching the description above was observed by police running north on Main Street. The foot pursuit was reengaged. The suspect stopped in front of 102 Beaver Street and attempted to carjack a vehicle with two males sitting inside. The suspect was not successful as police were directly behind him. Seconds later, the suspect was stopped in the street in front of 120 Beaver Street, and police were able to place handcuffs on the suspect. A search of the suspect's person revealed US currency and a pack containing Newport cigarettes.

24. Upon my arrival to 120 Beaver Street, I was able to immediately identify the suspect as Christian Velez. I am familiar with Velez's appearance based on my review of Velez's DMV records, DOC records, and dozens of photographs from social media that I'd seen in the past. Velez was placed in the rear of a New Britain marked police cruiser and transported to Troop H in Hartford.

25. I drove to the parking lot where the Hyundai Sonata was still parked, and the front passenger side door was open. In plain view, a cellular phone (a black TCL phone with no case or special markings) was on the front passenger seat and ringing. I photographed the phone and placed the phone in airplane mode to prevent remote tampering with it and to preserve the ability to access the phone's contents. I may apply for a search warrant for the phone in the future.

26. Also in plain view in the center, rear seat, was a black gun box. Based on the information and knowledge gained from this investigation, I know Velez to have carried and used a firearm during numerous armed carjackings and robberies of convenience stores. During the track of Velez's foot pursuit, a firearm was not recovered, and law enforcement believed a firearm was unsecured and inside the vehicle. Furthermore, due to the impact between law enforcement vehicles and Velez's Hyundai Sonata, the front driver's side door sustained compressed damage, with the door closure manipulated. Law enforcement sought to secure and prevent the destruction of any evidence that, due to the damage to the vehicle, might fall out of the vehicle during its towing from the scene.

27. TFO Dimitri Karadimos and I thus conducted an interior search of the vehicle. The gun box, identified as a gun secure box, was empty. However, a Charter Arms .38 special loaded with five rounds of ammunition was located unsecured inside the vehicle's center console. The firearm was photographed (see below), safely removed, and ammunition was removed from the firearm.



28.     The firearm located in the center console (depicted above) did not match the description of the firearm used during the numerous armed robberies captured on surveillance cameras in which Velez is the prime suspect, some of which were the subject of the criminal complaint against Velez. Rather, that firearm was black with a silver slide, possibly a Glock. I believe this firearm and other evidence of Velez's participation in the Target Offenses, including distinctive clothing he wore during the robberies and stolen property, and evidence of his possession of a vehicle in which a firearm was seized, as further described in Attachment B, may be found in the Target Vehicle, including in areas not yet searched by police such as the trunk.

29.     The Hyundai Sonata was secured and towed on a flatbed truck from the parking lot of Key Foods to Connecticut State Police Troop H, 100 Washington Street, Hartford, Connecticut.

## Conclusion

30.     Based on the foregoing, I respectfully request that the Court issue the proposed warrant for the search of the Target Vehicle.

31.     Because the vehicle I seek to search is already in law enforcement custody, I submit there is reasonable cause for the Court to authorize execution of the search warrant at any time in the day or night.

                                                        Respectfully submitted,

                                                        Matthew G. Hancock
                                                        Task Force Officer, FBI

Subscribed and sworn to before me by telephone
on December 22, 2021, in Hartford, Connecticut.

HON. ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

9

## ATTACHMENT A

### Property To Be Searched

A black Hyundai Sonata bearing registration Puerto Rico AGUADA, towed from Key Foods, 60 East Main Street, New Britain, and currently held at Connecticut State Police Troop H in Hartford, Connecticut (the **Target Vehicle**).

## ATTACHMENT B

### Particular Things To Be Seized

The items to be seized from the Target Vehicle consist of contraband and evidence, fruits, and instrumentalities of potential violations of 18 U.S.C. § 1951 (Hobbs Act robbery), 18 U.S.C. § 2119 (Carjacking), and 18 U.S.C. § 924(c)(1)(A)(ii) (brandishing a firearm during and in relation to crimes of violence), described as follows:

1. Evidence concerning occupancy or ownership of the Target Vehicle, including without limitation, utility and telephone bills, mail envelopes, addressed correspondence, diaries, statements, identification documents, address books, and telephone directories;

2. Evidence of suspected stolen property;

3. United States currency, money orders, and other financial instruments;

4. Proceeds and records of the sale of stolen property; precious metals, jewelry and other items of value that may constitute proceeds of the sale of stolen property; evidence of financial transactions relating to obtaining, transferring, secreting, or spending of sums of money made from selling stolen property;

5. Safes and other secure storage containers and their contents;

6. Masks, hats, sweatshirts, and other clothing worn during the commission of the violations described above;

7. Firearms, ammunition, and other weapons and destructive devices; and

8. Cell phones used as a means to commit or facilitate the commission of the violations described above.